NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**FRANCIS A. MITHEN,**
*Petitioner*

v.

**DEPARTMENT OF VETERANS AFFAIRS,**
*Respondent*

---

2015-3191

---

Petition for review of the Merit Systems Protection Board in No. CH-1221-11-0498-B-1.

---

**JUDGMENT**

---

KURT PATRICK CUMMISKEY, Kurt Cummiskey Attorney at Law LLC, St. Louis, MO, argued for petitioner.

AMELIA LISTER-SOBOTKIN, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for respondent. Also represented by BENJAMIN C. MIZER, ROBERT E. KIRSCHMAN, JR., ELIZABETH HOSFORD; PAUL K. PETRABORG, Office of Regional Counsel, United States Department of Veterans Affairs, St. Louis, MO.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:


PER CURIAM (PROST, *Chief Judge,* PLAGER and LOURIE, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


June 15, 2016                    /s/ Peter R. Marksteiner
Date                              Peter R. Marksteiner
                                 Clerk of Court